UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTIN REYNOSO, et al.,<br><br>Defendants. | Case No. 20-cv-01484-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties have advised the court that they have agreed to a settlement of this case. Dkt. No. 43. IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party certifies to this court, within **sixty (60) days**, that settlement has not occurred, or that settlement of the claims is without prejudice, this Order shall be vacated and the case reopened.

**IT IS SO ORDERED.**

Dated: February 8, 2021

William H. Orrick
United States District Judge